Dear Judge Neumann,

I respectfully submit this letter to the Court prior to sentencing to express my sincere remorse and to accept full responsibility for my conduct. I understand that I am before the Court solely because of my own decisions, and I do not seek to minimize, excuse, or justify my actions in any way.

At the time of the offense, I made a serious and reckless mistake. While I was aware of certain personal and family pressures, I now clearly understand that no circumstance—financial or otherwise—can excuse unlawful conduct. My failure was not a lack of opportunity, but a failure of judgment, and I accept full responsibility for that failure.

In this case, I provided my personal information to another individual and signed an authorization allowing him to purchase a property in my name. By doing so, I acted as a straw buyer and assisted in a fraudulent property transaction. In return, I received monthly cash payments. I did not know this individual well, and I did not fully understand the legal consequences of my actions at the time. I now recognize that my conduct constituted a serious violation of federal law.

I am deeply ashamed of what I did. This case has made it unmistakably clear that even a single lapse in judgment can result in serious legal consequences. Although I have no prior criminal history, I fully acknowledge that my conduct fell far below the standards expected of me as a member of society.

I have carefully reviewed the Presentence Investigation Report prepared in this case. Reading the PSR was a sobering and humbling experience. It forced me to confront the seriousness of my offense and the consequences of my actions. I accept the facts and conclusions set forth in the report and appreciate the professionalism with which my background and conduct were presented.

Throughout this process, I have made every effort to cooperate fully with the authorities and to comply with all legal obligations. I did so because I believed it was my responsibility to be honest, accountable, and respectful of the legal process. I understand that cooperation does not erase wrongdoing, but I hope it reflects my commitment to taking responsibility for my actions.

This experience has profoundly changed me. I have reflected deeply on my responsibilities, the importance of lawful conduct, and the kind of person I must be going forward. I am committed to learning from this mistake and to living the rest of my life as a law-abiding and responsible individual. I am prepared to comply fully with any conditions imposed by the Court and to take all necessary steps toward rehabilitation.

I respectfully ask the Court to consider my acceptance of responsibility, my lack of prior criminal history, my cooperation in this matter, and the factors set forth in 18 U.S.C. § 3553(a) when determining an appropriate sentence. I will accept the Court's judgment with respect. I humbly request leniency within the bounds of the law so that I may have the opportunity to rebuild my life and demonstrate sustained, lawful conduct.

Thank you, Your Honor, for your time and consideration.

Respectfully submitted,
Chao Ying Zhang
Case Number: 1:24-cr-00146-SDN
January 3, 2026