Dear Judge Neumann,

My name is Yuting He, and I am the wife of Chao Ying Zhang. I respectfully submit this letter to provide the Court with my perspective as his spouse and to describe the impact this case has had on our family.

My husband and I have been in a committed relationship for nearly six years, and we were legally married in June 2025. Throughout our relationship, I have known him to value honesty, family, and personal responsibility. These are the qualities that led me to choose him as my partner and to stand beside him during this difficult period.

I do not write to excuse his conduct. I fully recognize that he must be held accountable for his actions, and I respect the seriousness of this matter and the role of the Court. What occurred in this case reflects a serious lapse in judgment, one that he now clearly understands and deeply regrets.

Since this matter arose, I have observed meaningful changes in my husband. He has taken this case seriously and has reflected deeply on the consequences of his actions. He has accepted responsibility without excuses and has shown genuine remorse through his words, his conduct, and his willingness to face the legal process.

On a practical level, his absence would present significant challenges for our household. As a newly married couple, we entered this marriage with shared plans and responsibilities, and his presence plays an important role in our emotional stability and financial planning. At the same time, we understand that sentencing must be guided by law and by the Court's judgment.

Despite the stress and uncertainty this situation has brought, I believe this experience has had a lasting impact on my husband and has strengthened his commitment to living as a law-abiding and responsible individual going forward.

With respect, I ask the Court to consider his acceptance of responsibility, lack of prior criminal history, and the impact on his family when determining an appropriate sentence. We will accept the Court's judgment with respect.

Thank you, Your Honor, for your time and consideration.

Respectfully submitted,
Yuting He
Wife of Chao Ying Zhang
Case Number: 1:24-cr-00146-SDN