Dear Judge Neumann,

I am the defendant's mother. My name is: Rui Lan, Ou. I respectfully submit this letter to provide limited family background for the Court's consideration. I do not write to excuse his conduct, but to offer a brief and factual perspective from a parent.

As his mother, I fully recognize that he must be held accountable for his actions. I respect the authority of the law and the Court's responsibility to impose a just sentence. Since this matter arose, I have observed his continued and serious reflection on his decisions and his clear understanding of the legal boundaries he violated.

He has acknowledged to me that, at the time of his poor judgment, he believed—incorrectly—that his actions might help reduce the personal and household burdens faced by our family. He now understands that such a belief does not justify unlawful conduct and does not diminish his responsibility in any way.

He has no children and remains an important source of support within our family. I rely on him as an important source of emotional and financial support within our family. This experience has had a profound impact on him and has led him to reflect carefully on responsibility, lawful conduct, and the direction of his future life.

With respect, I ask that the Court, in exercising its discretion, consider his remorse, personal background, and family circumstances. If the Court deems it appropriate, I respectfully request that he be given an opportunity, within the framework of the law, to correct his mistakes, continue fulfilling family responsibilities, and work toward becoming a law-abiding member of society.

Thank you for your time and consideration.

Respectfully submitted,


Defendant: Chao Ying, Zhang
Case Number: 1:24-cr-00146-SDN

Defendant's Mother: Rui Lan, Ou

01/03/2026